In the Matter of CARL R., Respondent. GERALD G. WRIGHT, Appellant.

Submitted April 29, 2013; decided June 11, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.